■ WELCH FOODS, INC., Appellant, v RALPH W. WILSON et al., Defendants, and VILLAGE OF WESTFIELD, Respondent and Third-Party Plaintiff. MOGEN DAVID WINE CORPORATION et al., Third-Party Defendants-Respondents. (Appeal No. 4.) [692 NYS2d 624] —Order unanimously affirmed without costs. Same Memorandum as in *Welch Foods v Wilson* ([appeal No. 1] 262 AD2d 949 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ WELCH FOODS, INC., Appellant, v RALPH W. WILSON et al., Defendants, and VILLAGE OF WESTFIELD, Respondent and Third-Party Plaintiff. MOGEN DAVID WINE CORPORATION et al., Third-Party Defendants-Respondents. (Appeal No. 5.) [692 NYS2d 629] —Order unanimously affirmed without costs. Same Memorandum as in *Welch Foods v Wilson* ([appeal No. 1] 262 AD2d 949 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Renewal.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ WELCH FOODS, INC., Appellant-Respondent, v RALPH W. WILSON et al., Defendants, and VILLAGE OF WESTFIELD, Respondent-Appellant and Third-Party Plaintiff-Appellant. MOGEN DAVID WINE CORPORATION et al., Third-Party Defendants-Respondents. (Appeal No. 6.) [692 NYS2d 630] —Order and judgment unanimously affirmed without costs. Same Memorandum as in *Welch Foods v Wilson* ([appeal No. 1] 262 AD2d 949 [decided herewith]). (Appeals from Order and Judgment of Supreme Court, Chautauqua County, Gerace, J.—Stay.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ WELCH FOODS, INC., Appellant, v RALPH W. WILSON et al., Defendants, and VILLAGE OF WESTFIELD, Respondent and Third-Party Plaintiff. MOGEN DAVID WINE CORPORATION et al., Third-Party Defendants-Respondents. (Appeal No. 7.) [692 NYS2d 625] —Order unanimously affirmed without costs. Same Memorandum as in *Welch Foods v. Wilson* ([appeal No. 1] 262 AD2d 949 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Recusal.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.